```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:22-CR-00625-RA-2
    -against-                        :   ORDER
                                     :
Denika Armstead                      :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include: Mental health evaluation/treatment as directed by Pretrial Services

Dated: April 26, 2023
New York, New York

                                              SO ORDERED:

                                              _____
                                              Ronnie Abrams
                                              United States District Judge