# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 16, 2024

*By ECF*

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 16, 2024

Re:   *United States v. Denika Armstead*, 22 Cr. 625 (RA)

Dear Judge Abrams:

    I write on consent (Pretrial Services Officer Dayshawn Bostic) to respectfully request that the Court modify the conditions of Ms. Armstead's release to permit her to travel to Florida between April 12, 2024 and April 15, 2024 to celebrate her birthday. The Government – per Assistant U.S. Attorney Andrew Jones – defers to Pretrial Services in connection with this request; in other words, it does not object. If the Court grants the request, Ms. Armstead will provide itinerary and contact information to Pretrial Services in advance of her trip.

                                            Respectfully submitted,

                                            /s/
                                            Martin S. Cohen
                                            Ass't Federal Defender
                                            (212) 417-8737

cc:   Honorable Sarah Netburn, by e-mail
      Andrew Jones, Esq., by ECF
      Pretrial Services Officer Dayshawn Bostic, by e-mail