**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 15, 2024

**BY ECF**

The Honorable Ronnie Abrams
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 15, 2024

Re:   **United States v. Armstead**
      **22 Cr 625 (RA)**

Dear Judge Abrams:

On September 9, 2024 this Court granted Ms. Armstead's request to Jamaica from November 21 to November 24, 2024. The price of the trip Ms. Armstead was eyeing ended up being more expensive than anticipated, and, as such, she respectfully requests the Court amend the modification to allow her to travel from November 20 to 24 to the Dominican Republic instead. We apologize for the additional motion and thank you for the Court's consideration.

Respectfully submitted,

/s/

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:   AUSA Andrew Jones, Esq.