**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 26, 2025

*By ECF*

Honorable Ronnie Abrams
Honorable Sarah Netburn
United States District Judges
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 27, 2025

Re:   *United States v. Denika Armstead*, 22 Cr 625 (RA)

Dear Judges Abrams and Netburn:

    I write on consent (Assistant U.S. Attorney Andrew Jones and U.S. Pretrial Services Officer Dominique Jackson) to respectfully request that the Court permit Ms. Armstead to travel to Florida from September 5, 2025 to September 8, 2025 for school.

Respectfully submitted,

/s/
Martin Cohen
(646) 588-8317

cc:   AUSA Andrew Jones, Esq., by ECF
      Dominique Jackson, U.S. Pretrial Services Officer, by e-mail