**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 28, 2025

*By ECF*

Honorable Ronnie Abrams
Honorable Sarah Netburn
United States District Judges
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> August 29, 2025

Re:  *United States v. Denika Armstead*, 22 Cr 625 (RA)

Dear Judges Abrams and Netburn:

    I write on consent (Assistant U.S. Attorney Andrew Jones and U.S. Pretrial Services Officer Dominique Jackson) to respectfully request that the Court allow Ms. Armstead to temporarily retrieve her passport from Pretrial Services, as she will need it in order to travel to Florida next week. Ms. Armstead will coordinate the retrieval and return of her passport with the Pretrial Services Office.

                                      Respectfully submitted,

                                       /s/
                                       Martin Cohen
                                       (646) 588-8317

cc:    AUSA Andrew Jones, Esq., by ECF
         Dominique Jackson, U.S. Pretrial Services Officer, by e-mail